PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 19-MAY-2006 FOR: 1999Z00613/001 PAGE: 1 OF 2

DEBTOR: Schroeder, Mary K.
COURT NUMBER: 00-559 RHK/AJB PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | PMNT | WA | 15-NOV-2002 | OT/B | Schroeder | | 08 | | $150.00 | 25-NOV-2002 |
| 0009 | PMNT | WA | 13-DEC-2002 | OT/B | Schroeder | | 12 | | $150.00 | 23-DEC-2002 |
| 0010 | PMNT | WA | 16-JAN-2003 | OT/B | Schroeder | | 17 | | $150.00 | 21-JAN-2003 |
| 0011 | PMNT | WA | 18-FEB-2003 | OT/B | Schroeder | | 22 | | $150.00 | 25-FEB-2003 |
| 0012 | PMNT | WA | 25-MAR-2003 | OT/B | Schroeder | | 27 | | $150.00 | 28-MAR-2003 |
| 0013 | PMNT | WA | 15-APR-2003 | OT/B | Schroeder | | 31 | | $150.00 | 21-APR-2003 |
| 0014 | PMNT | WA | 16-MAY-2003 | OT/B | Schroeder | | 38 | | $150.00 | 27-MAY-2003 |
| 0020 | PMNT | WA | 19-MAR-2004 | DD/B | M. SCHROEDER | | 04/079 #12 | | $150.00 | 29-MAR-2004 |
| 0029 | PMNT | WA | 18-APR-2005 | DD/B | MARY K SCHROEDER | | KEYD05108 | | $150.00 | 26-APR-2005 |
| 0030 | PMNT | WA | 19-MAY-2005 | DD/B | MARY K SCHROEDER | | KEYD05139 | | $150.00 | 24-MAY-2005 |
| 0034 | PMNT | WA | 15-DEC-2005 | GR/G | East Metro Family | MN /06/050 | 084358 | | $275.23 | 15-DEC-2005 |
| 0035 | PMNT | WA | 15-DEC-2005 | GR/G | East Metro Family | MN /06/050 | 084251 | | $212.73 | 15-DEC-2005 |
| 0036 | PMNT | WA | 15-DEC-2005 | GR/G | East Metro Family | MN /06/050 | 084139 | | $212.73 | 15-DEC-2005 |
| 0037 | PMNT | WA | 28-DEC-2005 | GR/G | East Metro Family | MN /06/059 | 084488 | | $212.73 | 28-DEC-2005 |
| 0038 | PMNT | WA | 11-JAN-2006 | GR/G | EAST METRO FAMILY | MN /06/070 | 084570 | | $212.73 | 11-JAN-2006 |
| 0039 | PMNT | WA | 25-JAN-2006 | GR/G | E. METRO FAMILY | MN /06/078 | 84708 | | $212.73 | 25-JAN-2006 |
| 0040 | PMNT | WA | 08-FEB-2006 | GR/G | East Metro Family | MN /06/089 | 084822 | | $217.25 | 08-FEB-2006 |
| 0041 | PMNT | WA | 22-FEB-2006 | GR/G | EAST METRO FAMILY PR | MN /06/098 | 84964 | | $217.25 | 22-FEB-2006 |
| 0042 | PMNT | WA | 08-MAR-2006 | GR/G | EAST METRO FAMILY | MN /06/109 | 85091 | | $217.25 | 08-MAR-2006 |
| 0043 | PMNT | WA | 22-MAR-2006 | GR/G | East Metro Family | MN /06/119 | 085226 | | $217.25 | 22-MAR-2006 |
| 0044 | PMNT | WA | 05-APR-2006 | GR/G | East Metro Family | MN /06/129 | 085342 | | $217.25 | 05-APR-2006 |
| 0045 | PMNT | WA | 19-APR-2006 | GR/G | East Metro Family | MN /06/140 | 085455 | | $217.25 | 19-APR-2006 |
| 0046 | PMNT | WA | 03-MAY-2006 | GR/G | East Metro Family | MN /06/148 | 085570 | | $217.25 | 03-MAY-2006 |
| 0048 | PMNT | WA | 17-MAY-2006 | CH/Y | Cities Title | MN /06/159 | 39529 | | $4,470.25 | 17-MAY-2006 |

Total Payments for Debtor: $8,829.88